FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WINNIE ADAMS, MEGAN BARTON, and AFTON MAY<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 3 d/b/a MID-VALLEY HOSPITAL,<br><br>　　　　　　　　Defendants. | NO. 2:24-cv-00056-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion for Dismissal With Prejudice submitted by the parties. ECF No. 26. The parties stipulate and agree that the above-entitled matter should be dismissed with prejudice, with each party to bear

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

their own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed. Accordingly,

**IT IS ORDERED:**

1. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice with each party to bear their own fees or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

**DATED** December 9, 2025.

REBECCA L. PENNELL
United States District Judge